**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**GARY J. CORNELL,**

    **Plaintiff,**

v.                                                          **Case No. 8:09-cv-1171-T-30TBM**

**JOHN E. POTTER,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss without Prejudice (Dkt. 10) and Plaintiff's Motion for Clarification (Dkt. 11) and Defendant's response Plaintiff's motion (Dkt. 12). After careful examination, the Court determines that the complaint must be dismissed for failure to state a claim.

Rule 8(a) provides that "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a) (2007). Because Plaintiff is proceeding *pro se*, the Court must accept all of the allegations as true and construe them more liberally than if prepared by an attorney. Hughes v. Lott, 350 F. 3d 1157, 1160 (11th Cir. 2003).

Here, Plaintiff alleges claims of discrimination and retaliation against his former employer, the United States Postal Service. To state a claim for discrimination, a plaintiff must, at least, state what the discriminatory act was and where and when it occurred. To

state a claim for retaliation, a plaintiff must state what protected action he or she engaged in and what adverse employment action was taken against the plaintiff. Plaintiff Cornell has failed to allege these minimum requirements in his amended complaint.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 10) is **GRANTED**.

2. Plaintiff's Complaint (Dkt. 1) is hereby **DISMISSED** without prejudice.

3. Plaintiff shall have **TWENTY (20) DAYS** to amend his complaint to conform to the requirements of Fed.R.Civ.P. 8(a) and the Local Rules governing proceedings in this district. In order to avoid dismissal of this action, Plaintiff must set forth the basis for this Court's jurisdiction, specific facts about the nature of the alleged violations, grounds upon which he seeks relief, and sufficient information for the Defendant to respond to his claims. Failure to comply with this order within the allotted time shall result in **dismissa**l of this action without further notice.

4. Plaintiff's Motion for Clarification (Dkt. 11) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on January 6, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1171.mtd 10.frm.